01

02

03

04

05

06                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF WASHINGTON
07                            AT SEATTLE

08 JOSEPH S. PIGOTT,                    )     CASE NO.: C07-599-JCC-MAT
                                        )
09          Petitioner,                 )
                                        )
10     v.                               )     ORDER RE: PLAINTIFF'S MOTIONS
                                        )
11 RICHARD MORGAN,                      )
                                        )
12          Respondent.                 )
   _____ )

13

14          Petitioner, who is incarcerated in the Prairie Correctional Facility in Appleton, Wisconsin,

15 has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254, challenging a conviction

16 entered against him by a Washington state court. (Dkt. #4). The Court has directed respondent

17 to file an answer to the habeas petition. (Dkt. #3). Petitioner has also filed the following motions:

18 motion for evidentiary hearing (Dkt. #5), motion for appointment of counsel (Dkt. #6), and motion

19 for transfer. (Dkt. #7). Having reviewed the motions and the balance of the record, the Court

20 does hereby ORDER as follows:

21          (1)      Rule 8(a) of the Rules Governing Section 2254 Cases in the United States District

22 Courts provides that an evidentiary hearing may not be held until after the court has reviewed

ORDER RE: PLAINTIFF'S MOTIONS
PAGE -1

01  respondent's answer and the state court record.  *See* Rule 8(a), Rules Governing Section 2254

02  Cases in the United States District Courts.  Respondent has not yet filed his answer.  Accordingly,

03  plaintiff's motion for evidentiary hearing (Dkt. #5) is DENIED as premature.  The Court will hold

04  an evidentiary hearing, if necessary, after reviewing respondent's answer and petitioner's reply.

05      (2)    Petitioner's motion for appointment of counsel (Dkt. #6) is DENIED.  There is no

06  right to have counsel appointed in cases brought under 28 U.S.C. § 2254, unless an evidentiary

07  hearing is required.  *See McCleskey v. Zant,* 499 U.S. 467, 495 (1991); Rule 8(c) of the Rules

08  Governing Section 2254 Proceedings for the United States District Courts, 28 U.S.C. foll. § 2254.

09  Although the court may exercise its discretion to appoint counsel for a financially eligible

10  individual where the "interests of justice so require" under 18 U.S.C. § 3006A, petitioner fails to

11  demonstrate that the interests of justice would be best served by appointment of counsel in this

12  matter.  If the Court later orders an evidentiary hearing, the court will appoint counsel.

13      (3)    In his motion for transfer, petitioner requests that the Court order respondent to

14  transfer petitioner to a prison in Washington State.  As reasons for the transfer, petitioner cites his

15  desire to be closer to his family, to be in a minimum security prison, and to have greater access to

16  the courts.  (Dkt. #7 at 2).  Petitioner's request for a transfer to ameliorate his conditions of

17  confinement is not a cognizable claim in a habeas petition, whose sole purpose is to challenge the

18  fact or duration of confinement.  *See Preiser v. Rodriquez*, 411 U.S. 475, 500 (1973); *Wilkinson*

19  *v. Dotson*, 544 U.S. 74, 81-82 (2005).  Accordingly, petitioner's motion for a transfer (Dkt. #7)

20  is DENIED.  If petitioner wishes to contest issues related to the conditions of his confinement, he

21  must do so by filing a civil rights lawsuit under 42 U.S.C. § 1983, in the federal district court

22  nearest his current place of incarceration.

ORDER RE: PLAINTIFF'S MOTIONS
PAGE -2

01          (4)     The Clerk is directed to send a copy of this Order to petitioner, to counsel for

02  respondent, and to the Hon. John C. Coughenour.

03          DATED this <u>27th</u> day of April, 2007.

04

05                                                  Mary Alice Theiler
                                                    United States Magistrate Judge

06

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER RE: PLAINTIFF'S MOTIONS
PAGE -3