01
02
03
04
05
06
07
08
09
10
11
12
13
14
15
16
17
18
19
20
21
22

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| JOSEPH S. PIGOTT, | ) | CASE NO. C07-0599-JCC |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| RICHARD MORGAN, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |
| | ) | |

The Court, having reviewed petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, respondent's answer, petitioner's response, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, any objections thereto, and the balance of the record, does hereby find and ORDER:

(1)  The Court adopts the Report and Recommendation (Dkt. No. 39);

(2)  Petitioner's petition for a writ of habeas corpus (Dkt. No. 4) is DENIED with prejudice; and

(3)  The Clerk is directed to send a copy of this Order to petitioner, to counsel for respondent, and to Judge Theiler.

ORDER
PAGE -1

01     DATED this 2nd day of October, 2007.

*[signature: John C. Coughenour]*

John C. Coughenour
United States District Judge

ORDER
PAGE -2